AARON J. MOSS (SBN 190625)
AMoss@GreenbergGlusker.com
KEN BASIN (SBN 259454)
KBasin@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California  90067-4590
Telephone:  310.553.3610
Fax:  310.553.0687

Attorneys for Defendants
ZODAX, L.P. and COSTCO WHOLESALE CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| GATE FIVE GROUP LLC dba ROOST, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation, ZODAX, L.P., a limited partnership, and DOES 1-100,<br><br>Defendants. | Case No.  CV 10-1288 CW<br><br>*Assigned To:  Hon. Claudia Wilken*<br><br>**JOINT STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANTS ZODAX, L.P. AND COSTCO WHOLESALE CORPORATION TO RESPOND TO COMPLAINT**<br><br>Date Action Filed:  March 26, 2010 |

This stipulation is entered into by and between Plaintiff Gate Five Group LLC dba Roost ("Plaintiff") and Defendants Zodax, L.P. and Costco Wholesale Corporation (collectively, "Defendants") by and through their respective counsel of record, with regard to the following facts:

## RECITALS

A.   The summons in this action was served upon Defendants on March 29, 2010.  Defendants' responsive pleading was originally due on April 19, 2010.

B.   The parties have previously stipulated to extend the deadline for Defendants to file a responsive pleading to the Complaint by twenty-one (21) additional days, to May 10, 2010.

C.   Defendants require additional time to research the claims in the Complaint, to contemplate a potential resolution of the claims, and to prepare a response.

D.   Plaintiff has agreed to grant Defendants twenty-eight (28) additional days from May 10, 2010 to file a responsive pleading to the Complaint.

E.   Civil Local Rule 6-1(a) does not require a court order in connection with this stipulation.

## AGREEMENT

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel herein, pursuant to Civil Local Rule 6-1(a), that Defendants

Zodax, L.P. and Costco Wholesale Corporation shall have up to and including June 7, 2010 to file their responsive pleadings to the Complaint.

DATED: May 6, 2010

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP

By: _____
AARON J. MOSS (SBN 190625)
Attorneys for Defendants ZODAX, L.P. and COSTCO WHOLESALE CORPORATION

DATED: May 5, 2010

HIARING & SMITH, LLP

By: _____
VIJAY K. TOKE (SBN 215079)
Attorneys for Plaintiff GATE FIVE GROUP LLC dba ROOST

IT IS SO ORDERED
Judge Claudia Wilken
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

2

JOINT STIPULATION TO FURTHER EXTEND TIME FOR DEFS. TO RESPOND TO COMPLAINT

99059-00020/1731779.1