AARON J. MOSS (SBN 190625)
AMoss@GreenbergGlusker.com
KEN BASIN (SBN 259454)
KBasin@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California  90067-4590
Telephone:  310.553.3610
Fax:  310.553.0687

Attorneys for Defendants
ZODAX, L.P. and COSTCO WHOLESALE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| GATE FIVE GROUP LLC dba ROOST, a California Limited Liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation, ZODAX, L.P., a limited partnership, and DOES 1-100,<br><br>    Defendants. | Case No.  CV 10-1288 CW<br><br>*Assigned To:  Hon. Claudia Wilken*<br><br>**JOINT STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANTS ZODAX, L.P. AND COSTCO WHOLESALE CORPORATION TO ANSWER COMPLAINT**<br><br>Date Action Filed:  March 26, 2010 |

This stipulation is entered into by and between Plaintiff Gate Five Group LLC dba Roost ("Plaintiff") and Defendants Zodax, L.P. and Costco Wholesale Corporation (collectively, "Defendants") by and through their respective counsel of record, with regard to the following facts:

## RECITALS

A.  The summons in this action was served upon Defendants on March 29, 2010. Defendants' responsive pleading was originally due on April 19, 2010.

B.  The parties have previously stipulated to extend the deadline for Defendants to file a responsive pleading to the Complaint to May 10, 2010 and then again to June 7, 2010, in order to explore potential settlement.

C.  Defendants require additional time to arrange for the substitution of new counsel and for new counsel to prepare an answer to the Complaint.

D.  Plaintiff has agreed to grant Defendants a short extension of eight (8) additional days from June 7, 2010 to answer the Complaint.

E.  This additional extension will not alter the date of any event or any deadline already fixed by Court order pursuant to Civil Local Rule 6-1(a), and therefore does not require a court order in connection with this stipulation.

## AGREEMENT

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel herein, pursuant to Civil Local Rule 6-1(a), that Defendants

1  Zodax, L.P. and Costco Wholesale Corporation shall have up to and including June
2  15, 2010 to file their respective answers to the Complaint.

3  DATED: June 7, 2010        GREENBERG GLUSKER FIELDS
4                              CLAMAN & MACHTINGER LLP
5
6                              By: _____
7                                  AARON J. MOSS (SBN 190625)
                                    Attorneys for Defendants ZODAX,
8                                   L.P. and COSTCO WHOLESALE
                                    CORPORATION
9

10 DATED: June 4, 2010        HIARING & SMITH, LLP
11
12                             By: _____
13                                 VIJAY K. TOKE (SBN 215079)
                                   Attorneys for Plaintiff GATE FIVE
14                                 GROUP LLC dba ROOST

**IT IS SO ORDERED**
*[signed]* Claudia Wilken
Judge Claudia Wilken
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

99059-00020/1731779.1

2   JOINT STIPULATION TO FURTHER
    EXTEND TIME FOR DEFS. TO RESPOND
    TO COMPLAINT