1  Anne Hiaring Hocking, State Bar No. 88639
       anne@hiaringsmith.com
2  Vijay K. Toke, State Bar No. 215079
       vijay@hiaringsmith.com
3  HIARING + SMITH, LLP
   101 Lucas Valley Road, Suite 300
4  San Rafael, California 94903
   Telephone:  (415) 457-2040
5  Facsimile:   (415) 457-2822

6  Attorneys for Plaintiff
   GATE FIVE GROUP LLC dba ROOST
7
   James J.S. Holmes, State Bar No. 126779
8       james.holmes@sdma.com
   Matthew A. Fischer, State Bar No. 191451
9       matthew.fischer@sdma.com
   SEDGWICK, DETERT, MORAN & ARNOLD LLP
10 One Market Plaza
   Steuart Tower, 8th Floor
11 San Francisco, California 94105
   Telephone:  (415) 781-7900
12 Facsimile:   (415) 781-2635

13 Attorneys for Defendants
   COSTCO WHOLESALE CORPORATION
14 and ZODAX, L.P.

15

16              UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18                    OAKLAND DIVISION

19

| | |
|---|---|
| GATE FIVE GROUP LLC dba ROOST, a California Limited Liability Company,<br><br>                    Plaintiff,<br><br>    vs.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation, ZODAX, L.P., a limited partnership and DOES 1-100,<br><br>                    Defendants | CASE NO.  CV 10 1288 CW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

(Note: "PROPOSED" in the title appears struck through.)

1  Plaintiff Gate Five Group, LLC dba ROOST, Defendant Costco Wholesale Corporation, and Defendant Zodax, L.P., hereby submit the following stipulation to dismiss the above-captioned action with prejudice:

IT IS HEREBY STIPULATED by and between the parties to this action that this action be dismissed in its entirety, with prejudice, with each party to bear its own costs and fees.

DATED:  October 22, 2010        Respectfully submitted,

                                Hiaring + Smith, LLP


                                By:    /s/  Vijay K. Toke
                                       Anne Hiaring Hocking
                                       Vijay K. Toke

                                Attorneys for Plaintiff
                                GATE FIVE GROUP LLC dba ROOST


DATED:  October 22, 2010        Sedgwick, Detert, Moran & Arnold LLP



                                By:    /s/ Matthew A. Fischer
                                       James J.S. Holmes
                                       Matthew A. Fischer

                                Attorneys for Defendant
                                COSTCO WHOLESALE CORPORATION and
                                ZODAX, L.P.

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION AND GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the above-captioned action is hereby dismissed in its entirety, with prejudice, each party bearing its respective fees and costs.

DATED: __November 7____, 2010

_____
Honorable Claudia Wilken
Judge of the United States District Court